In the United States District Court

For the Eastern District of North Carolina

Southern Division

FILED
SEP 24 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___BC___ DEP CLK

Nigel Edge

Vs.

United States
of America,

Veteran Affairs

Civil Action No. 7:25-cv-1518-FL

To:

Veteran Affairs Office of General Counsel

Department of Veteran Affairs

810 Vermont Avenue NW

Washington D.C. 20420-0002

United States Attorney for the Eastern District of North Carolina

Civil Process Clerk

150 Fayetteville Street, Suite 2100

Raliegh, Nc 27601

1

Attorney General of the United States

U.S. Department of Justice

950 Pennsylvania Avenue NW

Washington, D.C. 20530

A lawsuit has been filed against the United States of America; based on statute.

This lawsuit with the addition of the "Hate Crime" Experienced from Judge Boyle, and Judge Flanagan waiting a year while under "Attack from LGBQT Extremists," poisonings, "Gaslighting's," and sabotage; following instructions as I should be, then finding out after a year I was told to serve an address that was wrong.

The reason that Judge Boyle rescinded in this case is due to family connections to the plaintiff, a man Jeffrey Payton (second to Epstein) responsible for the "Human Trafficking" and exploitation in Epstein's Pedophile ring and horrendous "Hate crime" experienced by the Plaintiff honorably serving in the Marine Corp. Then under orders by WHITE SUPREMACIST LGBQT PEDOPHILES Jeffrey Payton, and the plaintiff's Captor Bill DeBevoise ordered the plaintiff to be shot, urinated on, buried alive, tortured by waterboarding, disabled his leg (cut the nerve) raped, used as a "Drug Mule," had "Crazy Glue" placed on his eyelids by his captors and medical personnel in Bethesda Maryland Hospital, returning to the United Stated on his alleged mother's birthday.

Continuously tortured as described throughout this case by intentionally withholding medical care to fix the intentional disabling of his leg, and pain medication, and relief requested in this case.

**Requests Special Investigation into the Handling of this case and Case # 7:25-CV-203-FL derived from WHITE SUPREMACIST PEDOPHILE/terrorist activities pertaining to a systemic genocide towards "GOOD STRAIGHT PEOPLE who are not pedophiles."**

Withholding 14th Amendment right for reasons of TREASON being committed by government officials, Due Process observed in MULTIPLE lawsuits from Federal and State Judges, specifically this case.

The plaintiff has medical EMT training and more education/degrees than the majority of the population, medical and legal personnel. These claims are **"Res Ipsa Loquitar."**

-22 U.S. Code § 2702 - Malpractice protection

-Attempted murder

2

-Personal Injury- broken foot

-That the Veteran's Affair's has caused Nigel Edge physical and psychological damage under their care

- Nigel Edge was Honorably medically retired from the Armed Forces serving the United States of America.

- that the plaintiff's severe wounds were a direct result from combat overseas

-The plaintiff has suffered a broken foot from intentional faulty equipment that the plaintiff requires to walk.

-The realization that the plaintiff already had many handicaps before this malpractice reveals the obvious sabotage and intentional continuation of the "Hate Crime," he survived overseas, and asks the court to take that into consideration

-The medical care provided to Nigel Edge has been below standard

-Doctors and medical staff have and are attempting to gaslight the plaintiff in a harmful manor

-Attempting to murder the plaintiff by the overall treatment; psychologically and physical harassment after surviving a government organized raid in Iraq during the "Abu Ghraib Scandal."

-In the Discovery and understanding of this hate crime during the "Abu Ghraib Scandal" in Iraq and the LGBQT code used has revealed motivations and disturbing VA actions contributed to the intentional attempted murder of Nigel Edge

-Prescribing Methadone(method-one((LGBQT)) code) when Nigel wasn't on pain medication at the time

-the VA nurse voice to Nigel that he was "taking it wrong, he was supposed "To dissolve it"
(die to solve it- in ((LGBQT code))

-VA doctors prescribed Nigel Edge ED (erectile disfunction medication), when he did not have sexual dysfunction, meaning that the doctors were prescribing Nigel Edge PEE, based on the antagonizing the plaintiff after surviving the hate crime in Iraq, when he was urinated on after being set up in the Marine Corp..

3

Observed in the attached newspaper article the VA has conspired with the Victim's Father(now known captor, as the victim is now knows he was human trafficked his entire life) in an attempt to get the victim to "Commit Suicide," as a veteran martyr.

-The Plaintiff is in no way "Suicidal," but the plaintiff has been "punished" by medical personal for what he has survived and even for doing the right thing; not for what he personally has done…

_____ *Nyel Edge*   9/24/25

4

Case 7:25-cv-01518-FL   Document 1   Filed 09/24/25   Page 4 of 4