# The Journal News
White Plains, New York • Sat, Mar 25, 2006
Page 8

*[handwritten annotations:]* WAR 1/4 (ONEFOR) (Drug transport) EVIL "O" (RING) PE READ PRAY, (kill) READ RAPE MULE
MULE READ PRAY sold to EVIL O (RING) PE READ

# Vanderbilt lumberyard sold to developer

**VANDERBILT, from 1B**

Bevoise, who became business partners in 1895 with Vanderbilt and Billy DeBevoise's great-grandfather.

"I hope they have a successful business, stay and last for another five generations," DeBevoise said of the Willows family's new business.

Willows' son, Mike, 22, hopes so, too.

"I was hoping down the road one day, if we do well, one day maybe I could take it over," said Mike Willows, a recent College of New Jersey graduate with a bachelor's degree in communications.

Vanderbilt's history is a reflection of New City's. It first served as a post office and grocery store, selling coal and livestock feed when New City was mostly a farm town. It expanded as the community did.

New City's population grew with the construction of the New York State Thruway and the Palisades Interstate Parkway, Clarkstown historian Robert Knight said. In the mid-20th century, the store began to focus on hardware and building supplies, including lumber.

"They were right in the heart of everything," Knight said. "They initially supplied all of the lumber and building materials for all of the new housing after World War II."

Caliber Builders Inc. has proposed luxury condominiums for senior citizens at the 5-acre property, which is still the site of the New City train station.

At a time when Clarkstown officials are seeking to revitalize downtown New City, the owner of the old Bradlees shopping center in New City, Alfred Weissman of MAK Development Corp. in Englewood Cliffs, N.J., intends to acquire the station, restore it and create a railroad motif at the plaza.

Willows, who has worked for the DeBevoise family for 37 years and whose new store is adjacent to the plaza said. "It'll be nice to see it there."

Reach Christina Jeng at cjeng@lohud.com or 845-578-2497.



*Vincent DiSalvio/The Journal News*
Joe Termini of Congers, right, a longtime customer, says goodbye to William "Billy" DeBevoise, owner of Vanderbilt's for the past 43 years.

*[handwritten annotations:]*
We-low (LGBQT)
Hopes 22 (suicide)
Joe Termini of Congers (Queer Cows)
I ENO NEAS (SEAN)
SEAN DEBEVOISE
NEAS DED VOY SE
DEED GOING TO SEE
"GOING TO SE NEAS DEA(L)
(SEAN)



# Vanderbilt lumberyard to close 2