# United States District Court
# Eastern District of North Carolina



**FILED**
SEP 25 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

**Nigel Max Edge**
    V.

Veteran Affairs

Case No.#7:25-CV-1518FL

**Motion**

**Request to termination of case and refund**

    Motion Request to terminate case 7:25-cv-1518FL, and provide refund for funds. Plaintiff apologizes for wasting the court's time.

*Nigel Edge* 9/25/25