IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:25-CV-01518-M-BM

NIGEL MAX EDGE,

    Plaintiff,

v.

UNITED STATES OF AMERICA
VETERAN AFFAIRS,

    Defendant.

ORDER

This matter comes before the court on the Plaintiff's pro se "Request to Terminat[e] Case and Refund" [DE 5]. The court construes the document as a notice of dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and a motion for refund of the filing fee. Plaintiff filed the present motion one day after he initiated this action. *See* DE 1. No action has been taken in the case since that time.

Plaintiff's motion is GRANTED. The Clerk of the Court shall refund the filing fee of $405.00 to Plaintiff and close this case.

SO ORDERED this 23d day of October, 2025.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE